### 77182. BELL et al. v. FIGUEREDO et al.
(387 SE2d 52)

SOGNIER, Judge.

In *Bell v. Figueredo,* 259 Ga. 321 (380 SE2d 29) (1989), the Supreme Court reversed the judgment of this court in *Bell v. Figueredo,* 190 Ga. App. 163 (378 SE2d 475) (1989). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Carley, C. J., and Deen, P. J., concur.*

DECIDED SEPTEMBER 7, 1989.

*Arnall, Golden & Gregory, Jeffrey M. Smith, J. Randolph Evans, Austin E. Catts & Associates, Austin E. Catts, Robert H. Benfield, Jr.,* for appellants.

*Love & Willingham, Daryll Love, John E. Gilleland, Robert P. Monyak,* for appellees.